**Joseph Wojtach, Plaintiff-Appellant, v. Sam La Roussa, Jr., Defendant-Appellee.**

**Gen. No. 47,460.** 

First District, Second Division.

December 16, 1958.

Rehearing denied February 3, 1959.

Released for publication February 4, 1959.

Matthew Steinberg (William C. Wines, Morton J. Rubin, of counsel) for plaintiff-appellant; Hinshaw, Culbertson, Moelmann & Hoban (Oswell G. Treadway, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**